THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH W. WARD, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

EMMA LINDEMANN and Others, as Temporary Administrators, etc., of KATHERINE F. LINDEMANN, Deceased, Respondents, v. JOSEPH SCHUESSLER, Appellant, Impleaded with JOHANNA VON MEYER and Others, Respondents. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

AUGUST P. JURGENSEN, Respondent, v. PRECISION MACHINE COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of CHRISTIAN BORS, Deceased.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

PARTOLA MANUFACTURING COMPANY, INC., Appellant, v. F. L. WASHBOURNE & COMPANY, INC., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant, v. EGBURT E. WOODBURY and Others, Together Constituting the State Board of Tax Commissioners, and the CITY OF NEW YORK, Intervenor, Respondents. (Taxes of 1909, 1910, 1911.) — Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MARTIN MONTROSE MOLENAOR and Another, Appellants, v. FREDERICK VON DERLEHR, also Known as FREDERICK VONDERLEHR, Individually and as Surviving Trustee under the Last Will and Testament of HENRY BATTERMANN, also Known as HENRY BATTERMAN, Deceased, and Others, Defendants. FREDERICK VONDERLEHR, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

GEORGE CARLTON COMSTOCK, Appellant, v. WAITT INVESTING COMPANY, INC., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

SAMUEL COHEN and Others, Copartners, etc., Appellants, v. AMERICAN WOOLEN COMPANY OF NEW YORK, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ALBERT FROEHLICH, Respondent, v. REO MOTOR CAR COMPANY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of Proving the Last Will and Testament of GRACE HOWE McCLURE, Deceased, as a Will of Personal Property. WILLIAM C. McCLURE and Others, Appellants.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.